# COMPLAINT
### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Kathryn Yatso

U.S. District Court
Wisconsin Eastern

MAR 23 2026

FILED
Clerk of Court

v.

Case Number:

**26 -C- 4 6 8 .**

(Full name of defendant(s))

Wisconsin Law Enforcement

(to be supplied by Clerk of Court)

A.    PARTIES

1.    Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

__7129 Wellauer Drive Wauwatosa WI 53213__
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant __Wisconsin Law Enforcement__
(Name)

*K. Yatso*

is (if a person or private corporation) a citizen of **Wisconsin** _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Wisconsin Law Enforcement** _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

Please see attached documents

This situation has been going on since 2024. It is still going on. It got so bad that in Oct. 2024, I spent 5 days @ FmhH on a medical unit after a overdose!

K. Yatso

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Financial reimbursement for all the Prescription Medication that have been removed

from my home over and over. Reimbursement for oil painting that was destroyed.

Financial reimbursement for constant pain and suffering which has impacted my

physical and mental health. Either cleaning of the carpet throughout my home or

replacement. It used to be white and now its black w all kind of marks on it that looks

like animal feces as they went through my backyard and directly into my home. New TV

since mine has been ruined by placement of surveilance placed by the intruders.

The sound no longer works.Food that was throwen away after gone through by the

intruders. Replacement of my back door that has been damaged r/t intruders working

to gain access to my home. Correction - inspection of my alarm system that has been

tampered with. I've had constant anxiety and fear that my house is being broke into

nightly w lack of sleep as a result and nightmares when I do sleep. I want them prosecuted for All the Hell they put me through.

*K. Yatso*

E.   JURY DEMAND

I want a jury to hear my case.

☐ – YES         ■ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____12_____ day of _____March_____ 20 _n/a_ .

Respectfully Submitted,

_Kathy Jatso_
Signature of Plaintiff

414-405-1658
Plaintiff's Telephone Number

katieyatso@gmail.com
Plaintiff's Email Address

7129 Wellauer Drive

Wauwatosa, WI 53213

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

■   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5